Patrick J. Torsney, Esq. (207496)
**LAW OFFICES OF BAKER & ASSOCIATES**
655 North Central Avenue, Suite 2100
Glendale, California 91203
Telephone: (818) 638-8541
Facsimile: (818) 638-8549

Attorney for Defendant/Cross-Complainant,
H & H INVESTMENTS, L.P.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TERESA MARQUEZ, | Case No.: 8:14-cv-00548 |
| Plaintiff, | Judge: Cormac J. Carney |
| vs. | Place: 9B |
| UNITED STATES POSTAL SERVICE; H & H INVESTMENTS, L.P., | **JUDGMENT** |
| Defendants. | |

Pusuant to the Court's March 24, 2015, Order Granting Defendant's Motion for Summary Judgment filed by H & H INVESTMENTS, L.P., there are no remaining claims pending against H & H INVESTMENTS, L.P. in this action.

IT IS HEREFORE NOW ORDERED, ADJUDGED and DECREED THAT:

Judgment is entered on the terms set forth in the Order Granting Defendant's Motion for Summary Judgment.

1        IT IS SO ORDERED.

3   DATED:  June 1, 2015

_____
U.S. DISTRICT JUDGE CORMAC J. CARNEY